THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIUS CIEHALA, Appellant.— Appeal by defendant from a judgment of the County Court, Richmond County, rendered July 11, 1952, after a jury trial, convicting him of robbery in the first degree, grand larceny in the first degree, and assault in the second degree, and sentencing him, as a fourth felony offender, to a

term of 30 years to life. Judgment affirmed. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.